United States District Court
Southern District of Texas

**ENTERED**

December 30, 2024

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

WILLIAM JOSEPH SULLIVAN          )
                                 )
VS.                              )          CIVIL ACTION NUMBER
                                 )              M-24-0125
TRACY BELTZ, WARDEN, *et al.*    )

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Reports and Recommendations regarding Plaintiff's civil rights complaint brought pursuant to 42 U.S.C. § 1983. After having reviewed the said Reports and Recommendations, the Court is of the opinion that the conclusions in said Reports and Recommendations should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Reports and Recommendations entered as Docket Entry Numbers 4 and 9 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the parties.

DONE on this 27th day of December, 2024, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE